IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>RENE MANFUGAS AKA RENE MANSUGAS,<br><br>Debtor. | CASE NO. 18-21571-jrs<br><br>CHAPTER: 13<br><br>JUDGE: HONORABLE JAMES R. SACCA |

OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE

COMES NOW MTGLQ Investors, LP, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as 68 LANCASHIRE LANE, COMMERCE, Georgia 30529, and for the reasons stated below, objects to confirmation of the Plan and moves to dismiss this case, as follows:

1. On October 5, 2018 Creditor filed a pre-petition arrearage claim in the amount of $31,926.77. The plan calls for an estimated pre-petition arrearage amount of $23,575.00 with monthly disbursements on this claim in the amount of $100.00 increasing to $500.00 to start August, 2019. Debtors have underestimated the amount of the arrearage due to the Creditor. As such, the Plan will exceed 60 months, contrary to 11 U.S.C Section 1322 (d)(2).

2. Creditor reserves the right to raise the failure of Debtors to have made post-petition payments, if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan and moves to dismiss this case. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/
Andrew H. McCullen, Bar No.: 872658
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: amccullen@aldridgepite.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>RENE MANFUGAS AKA RENE MANSUGAS,<br><br>            Debtor. | Case No. 18-21571-JRS<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the October 10, 2018, I served acopy of OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASEwhich was filed in this bankruptcy matter on the October 10, 2018, in the manner indicated:

**The following parties have been served via e-mail**:

Christopher Carouthers
c_carouthers@msn.com

Nancy J. Whaley
ecf@njwtrustee.com

**The following parties have been served via U.S. First Class Mail**:

Rene Manfugas
68 Lancashire Lane
Commerce, GA 30529

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: October 10, 2018

Signature: /s/Kewanna D. Vergara
Printed Name: KEWANNA D. VERGARA
Address:   Aldridge Pite, LLP
           Fifteen Piedmont Center  3575
           Piedmont Road, N.E., Suite 500
           Atlanta, GA 30305
Phone:    (858) 750-7600
Fax:      (619) 590-1385