UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| RENE MANFUGAS | ) | CASE: G18-21571-JRS |
| | ) | |
| | ) | |
| **DEBTOR** | ) | |

### CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. Section 1325(a)(6).

2.

The Trustee requests thirty (30) days of Debtor's most recent pay advices in order to determine the accuracy and veracity of the plan and/or Schedules. 11 U.S.C. Section 521(1), 11 U.S.C. Section 1325(a)(3), and 11 U.S.C. Section 1325(b)(1)(B).

3.

The Chapter 13 Trustee requests proof of the post-petition mortgage payments of $1,083.00 in order to determine feasibility of proposed plan pursuant to 11 U.S.C. 1325(a)(6).

4.

The Debtor contributes $650.00 per month to a savings account via direct deposit that is not utilized by the Debtor for usual monthly expenses, thereby preventing the Debtor from contributing all monthly projected disposable income to this composition plan.

5.

The Debtor proposes to retain real property with significant pre-petition arrearage and nominal equity, while paying unsecured creditors a zero percent (0%) dividend or pool of $0.00 which may violate 11 U.S.C. Section 1325(a)(3).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 14th day of December, 2018.

                                                Respectfully submitted,

/s/_____
Eric W. Roach
Attorney for the Chapter 13 Trustee
State Bar No. 143194

# CERTIFICATE OF SERVICE

Case No: G18-21571-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Objection To Confirmation And Motion To Dismiss Case by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s)**
RENE MANFUGAS
68 LANCASHIRE LANE
COMMERCE, GA  30529

**Attorney for the Debtor(s):**
CHRIS CAROUTHERS & ASSOCIATES
2250 NORTH DRUID HILLS RD.
SUITE 131
ATLANTA, GA  30329

This the 14th day of December, 2018.

/s/_____
Eric W. Roach
Attorney for the Chapter 13 Trustee
State Bar No. 143194
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303